JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Edmonds,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRI - P'S Management Corporation, a California corporation; and Does 1-10,<br><br>　　　　　Defendants. | CASE NO. 2:20-cv-03076-DSF-SK<br><br>**ORDER DISMISSING ACTION Pursuant to Federal Rule Of Civil Procedure 41(A)(1)(A)(ii)** |

　　　　Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Joint Stipulation of the Parties,

　　　　IT IS HEREBY ORDERED that the claims of plaintiff Sandra Edmonds for injunctive relief whether brought under the federal Americans with Disabilities Act or state law are dismissed with prejudice and the claims for damages under the Unruh Civil Rights Act are dismissed without prejudice. Each party shall bear his/her/its own costs and attorneys' fees.

　　　　IT IS SO ORDERED.

　DATED:  November 7, 2022

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1